UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Pallas Global/PMG Distressed Asset Company, S.A. (Panama)<br>    Plaintiff,<br><br>    v.<br><br>Skelley Medical, LLC, William R. Skelly, William C. Skelley<br><br>    Defendants. | Civil No. 1:13-cv-00469 |

## ACCEPTANCE OF SERVICE/WAIVER OF FORMAL SERVICE

  I, Donald Crandlemire, Esq., authorized attorney for the defendants Skelley Medical, LLC, William R. Skelley, and William C. Skelley, hereby waive formal service, waive any and all objection to and defects in service, and accept service of process on the defendants' behalf of the Court-issued summonses, the Court-issued related attachments, and Complaint and Demand for Jury Trial (with Exhibit A) in the above matter.


Dated: 11/4/13　　　　　　　　　　　　/s/ Donald Crandlemire
　　　　　　　　　　　　　　　　　　　Donald Crandlemire, Esq.
　　　　　　　　　　　　　　　　　　　Authorized Attorney for the defendants Skelley
　　　　　　　　　　　　　　　　　　　Medical, LLC, William R. Skelley, and William C.
　　　　　　　　　　　　　　　　　　　Skelley