UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PALLAS GLOBAL/PMG DISTRESSED, ASSET COMPANY, S.A. (PANAMA)<br><br>Plaintiff,<br><br>v.<br><br>SKELLEY MEDICAL, LLC, WILLIAM R. SKELLEY, WILLIAM C. SKELLEY<br><br>Defendants. | CIVIL ACTION NO.: 1:13-CV-469-LM |

## **STIPULATION TO DISMISSAL**

NOW COME the parties who stipulate and agree as follows:

This matter may be dismissed, with prejudice. The Court shall retain jurisdiction over this matter until such time as a confidential settlement agreement between the parties is fully satisfied.

WHEREFORE, the parties collectively request the following relief:

a. That this *Stipulation to Dismissal* be approved; and

b. For such other relief as the court deems just.

Dated: February 14, 2014

Respectfully submitted,

Pallas Global/PMG Distressed Asset Company, S.A.

By Its Attorney,

 /s/ Carlos Osorio
Admitted (*Pro Hac Vice*)
Aballi Milne Kalil, P.A.
2250 Suntrust International Center
One Southeast Third Avenue
Miami, FL  33131

1

By Its Attorney,


 /s/ Daniel E. Will
Daniel E. Will
NH Bar No. 12126
Devine, Millimet & Branch
111 Amherst Street
Manchester, NH 03101
603-669-1000


Skelley Medical, LLC


By: /s/ William R. Skelley
   William R. Skelley
    Its Duly Authorized President


 /s/ William R. Skelley
William R. Skelley, Individually


 /s/ William R. Skelley
William C. Skelley, Individually


By Their Attorneys,

Dated: February 14, 2014

 /s/ Donald C. Crandlemire
Donald C. Crandlemire
NH Bar No. 9974
Shaheen & Gordon, P.A.
107 Storrs Street
PO Box 2703
Concord, NH 03302-2703
T: (603) 225-7262
F: (603) 225-5112
dcrandlemire@shaheengordon.com