**REVISED EXHIBIT B to Confidential Settlement Agreement**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PALLAS GLOBAL/PMG DISTRESSED, ASSET COMPANY, S.A. (PANAMA)  )<br>)<br>)<br>Plaintiff,                                                  )<br>)<br>v.                                                          )<br>)<br>SKELLEY MEDICAL, LLC,                                      )<br>WILLIAM R. SKELLEY, WILLIAM C.                              )<br>SKELLEY                                                    )<br>)<br>Defendants.                                             )<br>_____) | CIVIL ACTION NO.: 1:13-CV-469-LM |

## STIPULATION TO DISMISSAL

NOW COME the parties who stipulate and agree that this matter may be dismissed with prejudice.

WHEREFORE, the parties collectively request the following relief:

a.  That this *Stipulation to Dismissal* be approved; and

b.  For such other relief as the court deems just.

                                                  Respectfully submitted,

                                                  BY THE PLAINTIFFS
                                                  Pallas Global/PMG Distressed Asset Company, S.A.

                                                  By Its Attorney,

Date:  April 16, 2014              /s/ Carlos F. Osorio
                                                  Carlos F. Osorio
                                                  Admitted (Pro Hac Vice)
                                                  Aballi Milne Kalil, P.A.
                                                  2250 Suntrust International Center
                                                  One Southeast Third Avenue
                                                  Miami, FL  33131

                By Its Attorney,

Date:   April 16, 2014             /s/ Daniel E. Will
                                          Daniel E. Will
                                          Devine, Millimet & Branch
                                          111 Amherst Street
                                          Manchester, NH 03101
                                          603-669-1000


                BY THE DEFENDANTS
                Skelly Medical, LLC, William R. Skelley and
                William C. Skelley.

                By Their Attorneys,

Dated:  April 16, 2014            /s/ Donald C. Crandlemire
                                          Donald C. Crandlemire
                                          NH Bar No. 9974
                                          Shaheen & Gordon, P.A.
                                          107 Storrs Street
                                          PO Box 2703
                                          Concord, NH 03302-2703
                                          T: (603) 225-7262
                                          F: (603) 225-5112
                                          dcrandlemire@shaheengordon.com